UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  )  )  )     3:09-md-02100-DRH-PMF    MDL No. 2100 |

This Document Relates To:

*Stacey Pitts v. Bayer HealthCare Pharmaceuticals, et al.*   No. 3:10-cv-13120-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 2, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
    Deputy Clerk

Dated:  April 4, 2013

APPROVED:  /s/ David R. Herndon
(Digitally signed by David R. Herndon  Date: 2013.04.04 13:30:09 -05'00')

CHIEF JUDGE
U. S. DISTRICT COURT